# Exhibit 1

Case No.

| | |
|---|---|
| JOHN BREDA | ( IN NORFOLK COUNTY |
| | ( ~~SUPERIOR~~ COURT |
| Plaintiff, pro se | ( District |
| | ( 631 ~~650~~ High Street |
| v. | ( |
| | ( DEDHAM, MASSACHUSETTS |
| Steward Health Care, LLC | ( |
| Steward Medical Group | ( 15-54-CV-0373 |
|   Ed Wiseman | ( |
|   Comptroller and | ( |
|   Treasurer Steward Medical | ( |
|   Group and Steward Healthcare | ( |
| Ralph de la Torre M.D. | ( |
|   Chairman and CEO | ( |
| George Clairmont M.D. | ( |
|   President Steward | ( |
|   Medical Group | ( |
| Michael Callum M.D. | ( |
|   Former President | ( |
|   Steward Medical Group | ( |
| | ( |
| Defendants. | ( |

Dr. John Breda hereby files for relief of unpaid wages, vacation pay, retirement benefits remedies and relief available under M.G.L. 149 §148 and other applicable remedies and relief available at law.

JURISDICTION

1) Dr. Breda is a resident of Needham, Massachusetts in Norfolk, County and resides at 253 Greendale Avenue, Needham, Massachusetts 02494.
2) Steward Medical Group, Inc. and its affiliate Steward Health Care System, LLC are located at 500 Boylston Street, Boston, Massachusetts 02116.

THE FACTS

1) Dr. Breda was hired as a primary care physician with Steward Medical Group (Steward) to staff a new practice site in Dedham, MA in Norfolk, County.

2) Dr. Breda was given a three year salaried contract with a three year plan to develop a patient base at a new Steward primary care practice in Dedham, MA.

3) Dr. Breda's first work day was December 31, 2012.

4) On October 1, 2014 Dr. Breda was given 90 days notice of contract termination and was told this was "not his fault." Steward Medical Group represented that it's actions were due to "financial" reasons and Steward's need to "downsize."

5) Due to the 90 day notice, Dr. Breda's last day or work with Steward Medical Group was December 30, 2014.

6) Steward paid for 45.9 hours of accrued vacation time on 1/15/15 which was paid late per MGL 149 §148.

7) In an e-mail to me dated February 17, 2015, Danielle Mulholland stated: "Your vacation time was paid out to you on 1/15 and I have confirmed that all hours have been paid out."

8) After several months of conversation, Steward paid an additional 24 hours of vacation time on or about 3/21/2015 which was paid late per MGL 149 §148.

9) Steward unilaterally altered my elected wage deferment to my Deferred Compensation Plan for the weeks of 9/25/14 and 10/9/14 with payments of $1739.77 on each of those weeks as opposed to the proper elected deferral of $3846.15 for each of those weeks. Thus $4230.76 has not been paid by Steward as per my elected deferrals to the plan over those two weeks. ERISA provides strict rules to insure the compliance of the employer to the elected deferral amount and penalties for their failure to do so.

10) Steward has failed to pay me the remainder of my accrued vacation time and unpaid wages for the calendar years 2013 and 2014 owed despite my repeated requests made over many months.

11) On April 21, 2015 the Office of the Attorney General for the Commonwealth of Massachusetts provided Dr. Breda with Authorization for Immediate Private Suit against Steward Medical Group. (a copy is attached as Exhibit A).

**Calculation of Money Owed to date:**

**The calculations for vacation pay owed are as follows:**

Four weeks of vacation (160 hours) and 5 days (40 hours) of CME were provided by contractual reference "SMG's Human Resources policies and procedures applicable to all employed physicians" per year.

There are no applicable limits on carryover of vacation from 2013 to 2014.

Per Steward's own accounting documents 32 hours were owed from calendar year 2013 and 28 hours were owed from 2014 (see attached Exhibit B)

Further adjustments are owed as follows due to Steward's errors:

7/31/2014 Steward shows on their accounting that this day was taken as vacation time when in fact I worked in the Dedham office = 8 hrs owed

Aug 18,22,27,29 in 2014 - per prior agreement, an additional 3 hours per day of patient care time and an additional 2 hours per day of administrative time (per contract) = 20 hrs owed

7/18/14 - 3 hrs owed due to hours worked beyond the agreed hours = 3 hrs owed.

July 21, 22, 23, 25 in 2014 - 5 hours owed due to hours worked beyond the agreed hours = 5 hrs owed.

Aug 21,22,23 in 2013 - Steward indicates on their accounting (Exhibit B) that these 3 days were taken as vacation when in fact I did not take vacation time on these days = 24 hrs owed.

10/30/13 - Steward indicates on their accounting (Exhibit B) 3 hours were taken as vacation time when in fact the 3 hours were taken as sick time = 3 hrs owed.

11/8/13 - Steward indicates on their accounting (Exhibit B) 8 hours were taken as vacation time when in fact the 8 hours were spent at Norwood Hospital in a job related course for ACLS certification = 8 hrs owed.

11/25/13 - Steward indicates on their accounting (Exhibit B) 4 hours were taken as vacation time when in fact the 4 hours were taken as sick time = 4 hrs owed.

11/27/13 - Steward indicates on their accounting (Exhibit B) 1 hour was taken as vacation time when in fact the 1 hour was taken as sick time = 1 hr owed.

Thus the subtotal = 32 + 28 + 8 + 20 + 3 + 5 + 24 + 3 + 8 + 4 + 1 = 136 hours

136 hours less the 45.9 hours paid on 1/15/15 and 24 hours paid on 3/21/15 = 66.1 hours owed (Also of note, both the 45.9 and 66.q hours were not paid in a timely fashion as required by MGL law).

66.1 X $96.15/hour = $6,355.51 vacation wages due.

**Contributions not made by Defendant Steward to Breda's Deferred Compensation Plan:**

As per Paragraph #8 above, $4230.76 has yet to be paid to my Deferred Compensation Plan for the weeks of 9/25/14 and 10/9/14 per my elected deferral plan.

**Total wages (vacation payments) and deferred compensation plan payments owed = $10,586.27.**

Total amount claimed in this action = $10,586.27, plus:
1) the mandatory treble damages provided by MGL 149 §148 and §150, as liquidated damages,
2) any unpaid wages for the pay periods on or about 9/25/14 and 10/9/14, including treble damages,
3) treble damages for any late payments,
4) any lost wages and any other benefits the Court shall award, including treble damages,
5) the costs of litigation,
6) reasonable attorney's fees,
7) any pro se attorney's fees the Court deems appropriate, given Plaintiff's loss of professional time as a physician,
8) any additional award or punitive damages for late payments the court may allow,
9) any penalties to the IRS or other governmental authority for ERISA violations,
10) any penalties and damages to me for ERISA damages,
11) statutory interest allowable by law.

Respectfully submitted,

*/s/ John Breda*

John Breda, pro se plaintiff
253 Greendale Avenue
Needham, Massachusetts 02494

# Exhibit A



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MAURA HEALEY
ATTORNEY GENERAL

TEL: (617) 727-2200
www.mass.gov/ago

April 21, 2015

Dr. John Breda
253 Greendale Avenue
Needham, MA 02494

RE:   Private Right of Action - John Breda
      Authorization for Immediate Private Suit - Steward Medical Group

Dear Dr. Breda:

Thank you for contacting the Office of the Attorney General's Fair Labor Division.

This letter is to inform you that we carefully reviewed the complaint and have determined that the proper resolution of this matter may be through a private suit in civil court. Accordingly, we are authorizing you to pursue this matter through a civil lawsuit immediately.

Massachusetts General Laws, chapter 149, sec. 150 and chapter 151, secs. 1B and 20 establish a private right of action for employees who believe they are victims of certain violations of the state wage laws. If you elect to sue in civil court, you may bring an action on your clients' behalf and others similarly situated, and they may obtain injunctive relief, treble damages for any lost wages and other benefits, as well as the costs of litigation and reasonable attorneys' fees.

Without making a judgment on the merits of the complaint, this correspondence represents this office's written assent to sue and grants you the authority to pursue this matter against the employer *as well as against the president, treasurer of the corporation and any officers or agents having the management of such corporation*, immediately, as permitted by Massachusetts General Laws chapters 149 and 151. This office will not take further enforcement action at this time.

Thank you for your attention to this matter.

Sincerely,

Bruce Trager
Assistant Attorney General

# Exhibit B

Case 1:15-cv-13638-WGY Document 1-1 Filed 10/26/15 Page 9 of 13
7/15/2015
Vacation Hours Report - john.breda@gmail.com - Gmail

Danielle.Mulholland@steward.org

Gmail

Move to Inbox

## Vacation Hours Report    Inbox   x

Inbox (583)
Important
Sent Mail
Drafts (5)
Circles
Notes
Personal

 John

**Danielle Mulholland** <Danielle.Mulholland@steward.org>
to me, John, Mark

Dr. Breda,

Please see attached report which reflects all vacation time earned and taken.

Mark and I will plan to speak to you on Friday but please feel free to reach ou report in the meantime.

Regards,

Danielle

Danielle Mulholland, PHR
Sr. Director, Human Resources
Steward Health Care System LLC
781.493.7929
857.719.7708 (Cell)
857. 263.5795 (Fax)
danielle.mulholland@steward.org

No Hangouts Contacts
Find someone


20150218154851...

## Accrual Detail

Executed on: 2/18/2015 3:19PM GMT-05:00
Printed for: semkpc01

Time Period: 4/18/2012 - 2/18/2015
Query: Previously Selected Employee(s)

| Date | Action | Hours | Balance | Type | Source | Date 2 | User |
|---|---|---|---|---|---|---|---|
| | | | 77.20 | SICK | Timecard Editor | Mon 10/20/2014 | cnhkas07 |
| Fri 10/17/2014 | Taken | 8.00 | 80.90 | | | | |
| Sun 10/19/2014 | Earned | 3.70 | 72.90 | SICK | Timecard Editor | Fri 10/31/2014 | cnhkas07 |
| Fri 10/31/2014 | Taken | 8.00 | 76.60 | | | | |
| Sun 11/2/2014 | Earned | 3.70 | 68.60 | SICK | Timecard Editor | Fri 11/14/2014 | cnhkas07 |
| Mon 11/3/2014 | Taken | 8.00 | 60.60 | SICK | Timecard Editor | Fri 11/14/2014 | cnhkas07 |
| Tue 11/4/2014 | Taken | 8.00 | 52.60 | SICK | Timecard Editor | Fri 11/14/2014 | cnhkas07 |
| Wed 11/5/2014 | Taken | 8.00 | 56.30 | | | | |
| Sun 11/16/2014 | Earned | 3.70 | 60.00 | | | | |
| Sun 11/30/2014 | Earned | 3.70 | 63.70 | | | | |
| Sun 12/14/2014 | Earned | 3.70 | 59.70 | SICK | Timecard Editor | Fri 12/19/2014 | semkpc01 |
| Fri 12/19/2014 | Taken | 4.00 | | | | | |
| | (historical date: 1/3/2014) | | | | | | |
| Fri 12/19/2014 | Taken | 4.00 | 55.70 | SICK | Timecard Editor | Fri 12/19/2014 | semkpc01 |
| | (historical date: 2/7/2014) | | | | | | |
| Fri 12/19/2014 | Taken | 8.00 | 47.70 | SICK | Timecard Editor | Fri 12/19/2014 | semkpc01 |
| | (historical date: 5/1/2014) | | | | | | |
| Fri 12/19/2014 | Taken | 8.00 | 39.70 | SICK | Timecard Editor | Fri 12/19/2014 | semkpc01 |
| | (historical date: 4/14/2014) | | | | | | |
| Fri 12/19/2014 | Taken | 8.00 | 31.70 | SICK | Timecard Editor | Fri 12/19/2014 | semkpc01 |
| | (historical date: 10/27/2014) | | | | | | |
| Sun 12/28/2014 | Earned | 3.70 | 35.40 | | | | |
| Sat 1/10/2015 | Reset | 0.00 | 0.00 | | Timecard Editor | Mon 1/5/2015 | semkpc01 |

Total Debits: 157.00   Total Credits: 192.40

### VACATION (Hours)

| Date | Action | Hours | Balance | Type | Source | Date 2 | User |
|---|---|---|---|---|---|---|---|
| Tue 4/17/2012 | Balance Forward | | 0.00 | | | | |
| Sun 1/13/2013 | Earned | 6.17 | 6.17 | | | | |
| Sun 1/27/2013 | Earned | 6.17 | 12.33 | | | | |
| Sun 2/10/2013 | Earned | 6.17 | 18.50 | | | | |
| Sun 2/24/2013 | Earned | 6.17 | 24.67 | | | | |
| Sun 3/10/2013 | Earned | 6.17 | 30.83 | | | | |
| Sun 3/24/2013 | Earned | 6.17 | 37.00 | | | | |
| Thu 4/4/2013 | Taken | 4.00 | 33.00 | VACATION | Timecard Editor | Tue 4/2/2013 | ccltab02 |
| Sun 4/7/2013 | Earned | 6.17 | 39.17 | | | | |
| Thu 4/11/2013 | Taken | 8.00 | 31.17 | VACATION | Timecard Editor | Mon 4/8/2013 | ccltab02 |
| Sun 4/21/2013 | Earned | 6.17 | 37.33 | | | | |
| Mon 4/29/2013 | Taken | 8.00 | 29.33 | VACATION | Timecard Editor | Thu 4/25/2013 | ccltab02 |
| Sun 5/5/2013 | Earned | 6.17 | 35.50 | | | | |
| Sun 5/19/2013 | Earned | 6.17 | 41.67 | | | | |

Accrual Detail                                                Executed on:        2/18/2015 3:19PM GMT-05:00
                                                              Printed for:        semkpc01

Time Period:    4/18/2012 - 2/18/2015
Query:          Previously Selected Employee(s)

| Date | Type | Hours | Balance | Category | Source | Effective Date | User |
|---|---|---|---|---|---|---|---|
| Sun 6/2/2013 | Earned | 6.17 | 47.83 | | | | |
| Sun 6/16/2013 | Earned | 6.17 | 54.00 | | | | |
| Sun 6/30/2013 | Earned | 6.17 | 60.17 | | | | |
| | | | 52.17 | VACATION | Timecard Editor | Mon 7/15/2013 | cnhpan03 |
| Mon 7/1/2013 | Taken | 8.00 | 44.17 | VACATION | Timecard Editor | Mon 7/15/2013 | cnhpan03 |
| Tue 7/2/2013 | Taken | 8.00 | 36.17 | VACATION | Timecard Editor | Mon 7/15/2013 | cnhpan03 |
| Wed 7/3/2013 | Taken | 8.00 | | | | | |
| Sun 7/14/2013 | Earned | 6.17 | 42.33 | | | | |
| Sun 7/28/2013 | Earned | 6.17 | 48.50 | | | | |
| Sun 8/11/2013 | Earned | 6.17 | 54.67 | | | | |
| | | | 46.67 | VACATION | Timecard Editor | Sun 8/25/2013 | cnhpan03 |
| Mon 8/19/2013 | Taken | 8.00 | 38.67 | VACATION | Timecard Editor | Sun 8/25/2013 | cnhpan03 |
| Tue 8/20/2013 | Taken | 8.00 | 30.67 | VACATION | Timecard Editor | Sun 8/25/2013 | cnhpan03 |
| Wed 8/21/2013 | Taken | 8.00 | 22.67 | VACATION | Timecard Editor | Sun 8/25/2013 | cnhpan03 |
| Thu 8/22/2013 | Taken | 8.00 | 14.67 | VACATION | Timecard Editor | Sun 8/25/2013 | cnhpan03 |
| Fri 8/23/2013 | Taken | 8.00 | 20.83 | | | | |
| Sun 8/25/2013 | Earned | 6.17 | 27.00 | | | | |
| Sun 9/8/2013 | Earned | 6.17 | 33.17 | | | | |
| Sun 9/22/2013 | Earned | 6.17 | 39.33 | | | | |
| Sun 10/6/2013 | Earned | 6.17 | 45.50 | | | | |
| Sun 10/20/2013 | Earned | 6.17 | 42.50 | VACATION | Timecard Editor | Mon 11/4/2013 | cnhpan03 |
| Wed 10/30/2013 | Taken | 3.00 | 48.67 | | | | |
| Sun 11/3/2013 | Earned | 6.17 | 40.67 | VACATION | Timecard Editor | Mon 11/18/2013 | cnhpan03 |
| Fri 11/8/2013 | Taken | 8.00 | 32.67 | VACATION | Timecard Editor | Mon 11/18/2013 | cnhpan03 |
| Tue 11/12/2013 | Taken | 8.00 | 38.83 | | Timecard Editor | Fri 11/29/2013 | SuperUser |
| Sun 11/17/2013 | Transfer to Employee VACATION from PP VAC | 6.17 | | | | | |
| Mon 11/25/2013 | Taken | 4.00 | 34.83 | VACATION | Timecard Editor | Mon 12/2/2013 | cnhpan03 |
| Wed 11/27/2013 | Taken | 1.00 | 33.83 | VACATION | Timecard Editor | Mon 12/2/2013 | cnhpan03 |
| Mon 12/23/2013 | Taken | 8.00 | 25.83 | VACATION | Timecard Editor | Mon 12/30/2013 | cnhpan03 |
| Tue 12/24/2013 | Taken | 8.00 | 17.83 | VACATION | Timecard Editor | Mon 12/30/2013 | cnhpan03 |
| Sun 12/29/2013 | Earned | 2.50 | 20.33 | | | | |
| Mon 12/30/2013 | Taken | 4.00 | 16.33 | VACATION | Timecard Editor | Tue 1/7/2014 | cnhkas07 |
| Fri 1/3/2014 | Taken | 4.00 | 12.33 | VACATION | Timecard Editor | Mon 1/13/2014 | cnhpan03 |
| Sun 1/12/2014 | Earned | 6.17 | 18.50 | | | | |
| Sun 1/26/2014 | Earned | 6.17 | 24.67 | | | | |
| Fri 2/7/2014 | Taken | 4.00 | 20.67 | VACATION | Timecard Editor | Fri 2/7/2014 | cnhkas07 |
| Sun 2/9/2014 | Earned | 6.17 | 26.83 | | | | |
| Tue 2/18/2014 | Taken | 8.00 | 18.83 | VACATION | Timecard Editor | Tue 2/18/2014 | cnhkas07 |

*Handwritten annotations:*
12/1  6.17
12/15  6.17
12/29  3.67
       /16.01
↓
16 hours
E. Rozen

Page 6

# Accrual Detail

Executed on: 2/18/2015 3:19PM GMT-05:00
Printed for: semkpc01

| Time Period: | 4/18/2012 - 2/18/2015 |
| --- | --- |
| Query: | Previously Selected Employee(s) |

| Date | Type | Hours | Balance | Category | Source | Effective Date | User |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Wed 2/19/2014 | Taken | 8.00 | 10.83 | VACATION | Timecard Editor | Tue 2/18/2014 | cnhkas07 |
| Sun 2/23/2014 | Earned | 6.17 | 17.00 | | | | |
| Sun 3/9/2014 | Earned | 6.17 | 23.17 | | | | |
| Sun 3/23/2014 | Earned | 6.17 | 29.33 | | | | |
| Sun 4/6/2014 | Earned | 6.17 | 35.50 | | | | |
| Fri 4/11/2014 | Taken | 8.00 | 27.50 | VACATION | Timecard Editor | Wed 4/16/2014 | cnhkas07 |
| Mon 4/14/2014 | Taken | 8.00 | 19.50 | VACATION | Timecard Editor | Wed 4/16/2014 | cnhkas07 |
| Sun 4/20/2014 | Earned | 6.17 | 25.67 | | | | |
| Mon 4/28/2014 | Taken | 4.00 | 21.67 | VACATION | Timecard Editor | Fri 5/2/2014 | cnhkas07 |
| Thu 5/1/2014 | Taken | 8.00 | 13.67 | VACATION | Timecard Editor | Fri 5/2/2014 | cnhkas07 |
| Sun 5/4/2014 | Earned | 6.17 | 19.83 | | | | |
| Sun 5/18/2014 | Earned | 6.17 | 26.00 | | | | |
| Sun 6/1/2014 | Earned | 6.17 | 32.17 | | | | |
| Sun 6/15/2014 | Earned | 6.17 | 38.33 | | | | |
| Sun 6/29/2014 | Earned | 6.17 | 44.50 | | | | |
| Sun 7/13/2014 | Earned | 6.17 | 50.67 | | | | |
| Sun 7/27/2014 | Earned | 6.17 | 56.83 | | | | |
| Thu 7/31/2014 | Taken | 8.00 | 48.83 | VACATION | Timecard Editor | Tue 8/5/2014 | cnhkas07 |
| Fri 8/1/2014 | Taken | 8.00 | 40.83 | VACATION | Timecard Editor | Tue 8/5/2014 | cnhkas07 |
| Mon 8/4/2014 | Taken | 8.00 | 32.83 | VACATION | Timecard Editor | Tue 8/5/2014 | cnhkas07 |
| Tue 8/5/2014 | Taken | 8.00 | 24.83 | VACATION | Timecard Editor | Tue 8/5/2014 | cnhkas07 |
| Wed 8/6/2014 | Taken | 8.00 | 16.83 | VACATION | Timecard Editor | Tue 8/5/2014 | cnhkas07 |
| Thu 8/7/2014 | Taken | 8.00 | 8.83 | VACATION | Timecard Editor | Tue 8/5/2014 | cnhkas07 |
| Fri 8/8/2014 | Taken | 8.00 | 0.83 | | | | |
| Sun 8/10/2014 | Earned | 6.17 | 7.00 | | | | |
| Mon 8/11/2014 | Taken | 8.00 | -1.00 | VACATION | Timecard Editor | Mon 8/18/2014 | cnhkas07 |
| Tue 8/12/2014 | Taken | 8.00 | -9.00 | VACATION | Timecard Editor | Mon 8/18/2014 | cnhkas07 |
| Wed 8/13/2014 | Taken | 8.00 | -17.00 | VACATION | Timecard Editor | Mon 8/18/2014 | cnhkas07 |
| Thu 8/14/2014 | Taken | 8.00 | -25.00 | VACATION | Timecard Editor | Mon 8/18/2014 | cnhkas07 |
| Fri 8/15/2014 | Taken | 8.00 | -33.00 | VACATION | Timecard Editor | Mon 8/18/2014 | cnhkas07 |
| Sun 8/24/2014 | Earned | 6.17 | -26.83 | | | | |
| Sun 9/7/2014 | Earned | 6.17 | -20.67 | | | | |
| Sun 9/21/2014 | Earned | 6.17 | -14.50 | | | | |
| Sun 10/5/2014 | Earned | 6.17 | -8.33 | | | | |
| Sun 10/19/2014 | Earned | 6.17 | -2.17 | | | | |
| Fri 10/24/2014 | Taken | 8.00 | -10.17 | VACATION | Timecard Editor | Fri 10/31/2014 | cnhkas07 |
| Mon 10/27/2014 | Taken | 8.00 | -18.17 | VACATION | Timecard Editor | Tue 10/28/2014 | cnhkas07 |
| Sun 11/2/2014 | Earned | 6.17 | -12.00 | | | | |

# Accrual Detail

Executed on: 2/18/2015 3:19PM GMT-05:00
Printed for: semkpc01

Time Period: 4/18/2012 - 2/18/2015
Query: Previously Selected Employee(s)

| Date | Type | Amount | Balance | | | | |
|---|---|---|---|---|---|---|---|
| Sun 11/16/2014 | Earned | 6.17 | -5.83 | | | | |
| Sun 11/30/2014 | Earned | 6.17 | 0.33 | | | | |
| Sun 12/14/2014 | Earned | 6.17 | 6.50 | | | | |
| Fri 12/19/2014 | Taken | -4.00 | 10.50 | VACATION | Timecard Editor | Fri 12/19/2014 | semkpc01 |
| | (historical date: 1/3/2014) | | | | | | |
| Fri 12/19/2014 | Taken | -4.00 | 14.50 | VACATION | Timecard Editor | Fri 12/19/2014 | semkpc01 |
| | (historical date: 2/7/2014) | | | | | | |
| Fri 12/19/2014 | Taken | -8.00 | 22.50 | VACATION | Timecard Editor | Fri 12/19/2014 | semkpc01 |
| | (historical date: 4/14/2014) | | | | | | |
| Fri 12/19/2014 | Taken | -8.00 | 30.50 | VACATION | Timecard Editor | Fri 12/19/2014 | semkpc01 |
| | (historical date: 5/1/2014) | | | | | | |
| Fri 12/19/2014 | Taken | -8.00 | 38.50 | VACATION | Timecard Editor | Fri 12/19/2014 | semkpc01 |
| | (historical date: 10/27/2014) | | | | | | |
| Sun 12/28/2014 | Earned | 6.17 | 44.67 | | | | |
| Mon 12/29/2014 | Earned | 0.62 | 45.28 | | Group Editor | Mon 1/5/2015 | semkpc01 |
| Thu 1/1/2015 | Adjust Carryover Limit | -45.28 | 0.00 | | | | |
| Mon 1/5/2015 | Taken | 45.28 | -45.28 | VACATION TERM PAYOUT | Timecard Editor | Mon 1/5/2015 | semkpc01 |
| Tue 1/6/2015 | Earned | 0.62 | -44.67 | | Group Editor | Tue 1/6/2015 | semkpc01 |
| Tue 1/6/2015 | Taken | 0.62 | -45.28 | VACATION TERM PAYOUT | Timecard Editor | Tue 1/6/2015 | semkpc01 |

Total Debits: 383.18    Total Credits: 337.90

Total Number of Employees: 1

*[handwritten notes: "paid out 45.9  45.28  62  45.9"]*